**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

April 8, 2021


No. 21-1346,    <u>Jane Roe v. US</u>
                1:20-cv-00066-WGY

TO: Counsel

Please be advised that the judges of the court have recused themselves from consideration of this appeal, and the appeal will be assigned to judges designated in accordance with 28 U.S.C. §§ 291(a), 292(d), and 294(d).

Patricia S. Connor, Clerk