UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1346
(1:20-cv-00066-WGY)

_____

JANE ROE

  Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; ROSLYNN R. MAUSKOPF, The Hon., in her official capacity as Director of the Administrative Office of the United States Courts; SHERYL L. WALTER, in her individual capacity; JOHN DOE(S), c/o Office of the General Counsel for the Administrative Office of the United States Courts; UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his individual capacity and his official capacity a Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his individual capacity and his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; ANTHONY MARTINEZ, in his individual capacity and his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina; FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF NORTH CAROLINA

  Defendants - Appellees

------------------------------

MEMBERS OF CONGRESS

  Amicus Curiae

LEGAL MOMENTUM; NATIONAL WOMEN'S LAW CENTER; THE PURPLE CAMPAIGN AND 42 ADDITIONAL ORGANIZATIONS; NAMED AND UNNAMED CURRENT AND FORMER EMPLOYEES OF THE FEDERAL JUDICIARY WHO WERE SUBJECT TO OR WITNESSED MISCONDUCT; AZIZ HUQ; ERWIN CHEMERINSKY

    Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of appellant's motion to disclose all designation and assignment orders for this appeal, the court grants the motion.

The judges of the Fourth Circuit have recused themselves in this case. The following panel of judges has been designated in accordance 28 U.S.C. § 294(d):

    Honorable Mary Beck Briscoe
    Senior Circuit Judge, U.S. Court of Appeals for the Tenth Circuit

    Honorable Ronald Lee Gilman
    Senior Circuit Judge, U.S. Court of Appeals for the Sixth Circuit

    Honorable Michael J. Melloy
    Senior Circuit Judge, U.S. Court of Appeals for the Eighth Circuit

Entered at the direction of the panel: Senior Judge Briscoe, Senior Judge Gilman, and Senior Judge Melloy.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk