# EXHIBIT C

FILED: November 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1346
(1:20-cv-00066-WGY)

_____

JANE ROE

   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; ROSLYNN R. MAUSKOPF, The Hon., in her official capacity as Director of the Administrative Office of the United States Courts; SHERYL L. WALTER, in her individual capacity; JOHN DOE(S), c/o Office of the General Counsel for the Administrative Office of the United States Courts; UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his individual capacity and his official capacity a Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his individual capacity and his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; ANTHONY MARTINEZ, in his individual capacity and his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina; FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF NORTH CAROLINA

   Defendants - Appellees

------------------------------

MEMBERS OF CONGRESS

   Amicus Curiae

LEGAL MOMENTUM; NATIONAL WOMEN'S LAW CENTER; THE PURPLE CAMPAIGN AND 42 ADDITIONAL ORGANIZATIONS; NAMED AND UNNAMED CURRENT AND FORMER EMPLOYEES OF THE FEDERAL JUDICIARY WHO WERE SUBJECT TO OR WITNESSED MISCONDUCT; AZIZ HUQ; ERWIN CHEMERINSKY

    Amici Supporting Appellant

---

## O R D E R

---

  Upon consideration of appellant's motion to disclose all designation and assignment orders for this appeal, the court grants the motion.

  The judges of the Fourth Circuit have recused themselves in this case. The following panel of judges has been designated in accordance 28 U.S.C. § 294(d):

  Honorable Mary Beck Briscoe
  Senior Circuit Judge, U.S. Court of Appeals for the Tenth Circuit

  Honorable Ronald Lee Gilman
  Senior Circuit Judge, U.S. Court of Appeals for the Sixth Circuit

  Honorable Michael J. Melloy
  Senior Circuit Judge, U.S. Court of Appeals for the Eighth Circuit

  Entered at the direction of the panel: Senior Judge Briscoe, Senior Judge Gilman, and Senior Judge Melloy.

            For the Court

            /s/ Patricia S. Connor, Clerk

DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit in 21-1346, Roe v. US. The

**HONORABLE MARY BECK BRISCOE**

a Senior Judge of the United States Court of Appeals for the Tenth Circuit has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Mary Beck Briscoe to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _AWood_  5/7/21
Deputy

DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit in 21-1346, Roe v. US. The

HONORABLE RONALD LEE GILMAN

a Senior Judge of the United States Court of Appeals for the Sixth Circuit has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Ronald Lee Gilman to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. _____

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____Wood_____ 5/7/21
Deputy

# DESIGNATION AND ASSIGNMENT
# OF A SENIOR UNITED STATES JUDGE
# FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit in 21-1346, Roe v. US. The

## HONORABLE MICHAEL J. MELLOY

a Senior Judge of the United States Court of Appeals for the Eighth Circuit has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Michael J. Melloy to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____ HWood 5/7/21 _____
                                     Deputy