# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 31, 2022

_____

NOTICE

_____

No. 21-1346,  Jane Roe v. US
 1:20-cv-00066-WGY

TO: Counsel

The panel will take the pending Motion to Disclose Public Records under advisement for consideration and decision after the scheduled February 7, 2022, hearing on the merits.

Donna Lett, Deputy Clerk
804-916-2704