FILED: June 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1346
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; ROSLYNN R. MAUSKOPF, The Hon., in her official capacity as Director of the Administrative Office of the United States Courts; SHERYL L. WALTER, in her individual capacity; JOHN DOE(S), c/o Office of the General Counsel for the Administrative Office of the United States Courts; UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his individual capacity and his official capacity a Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his individual capacity and his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, Federal Public Defender, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina; FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF NORTH CAROLINA; ANTHONY MARTINEZ, in his individual capacity

      Defendants - Appellees

------------------------------

MEMBERS OF CONGRESS

    Amici Curiae

LEGAL MOMENTUM; NATIONAL WOMEN'S LAW CENTER; THE PURPLE CAMPAIGN AND 42 ADDITIONAL ORGANIZATIONS; NAMED AND UNNAMED CURRENT AND FORMER EMPLOYEES OF THE FEDERAL JUDICIARY WHO WERE SUBJECT TO OR WITNESSED MISCONDUCT; AZIZ HUQ; ERWIN CHEMERINSKY

    Amici Supporting Appellant

------------------------------

O R D E R

------------------------------

Costs for these proceedings are taxed and certified in the amount of $1,571.00, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

    For the Court

    /s/ Patricia S. Connor, Clerk